**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 1 2010

JAMES W. McCORMACK, CLERK
By: 
　　　　　　　　　　　　DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NOAH JOHNSON, JR.                                             PLAINTIFF

VS.            CASE NO.   3:10CV00304-SWW

VISKASE                                                       DEFENDANT

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this  1st  day of  December , 20 10 .

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
　　　　Deputy Clerk