# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NOAH JOHNSON, JR.                                                        PLAINTIFF(S)

v.                          NO.   3:10CV00304 SWW

VISKASE                                                                  DEFENDANT(S)

### ORDER

The Court having granted the plaintiff's motion for leave to proceed *in forma pauperis* in which the applicant may proceed without prepayment of cost or fees or the necessity of giving security therefor,

IT IS THEREFORE ORDERED that, pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, the United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant in this action.

IT IS SO ORDERED this 25th day of July 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE