IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| NOAH JOHNSON, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:10CV00304 SWW |
| | * | |
| VISKASE, | * | |
| | * | |
| Defendant. | * | |

## Judgment

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case with prejudice. The relief sought is denied.

DATED this 27th day of October, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE